B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Terrace Gate Realty, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN: 20-8134355 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>3075 Richmond Terrace<br>Staten Island, NY<br>ZIPCODE 10303 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Richmond | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>5201 2nd Avenue<br>Brooklyn, NY<br>ZIPCODE 11232 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [✓] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

**Check all applicable boxes**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1000-5000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| B1 (Official Form 1) (1/08) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Terrace Gate Realty, LLC | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
  Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Terrace Gate Realty, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _/s/ (signed)_____
Signature of Attorney for Debtor(s)
PAUL HOLLENDER PH5834
Printed Name of Attorney for Debtor(s)
Corash & Hollender
Firm Name
1200 South Avenue, Suite 201
Address
Staten Island, NY 10314

718-442-4424
Telephone Number
10/26/09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ (signed)_____
Signature of Authorized Individual
YASAR TAHMAZ
Printed Name of Authorized Individual
Managing & Sole Member
Title of Authorized Individual
10/26/09
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## UNITED STATES BANKRUPTCY COURT
### Eastern District of New York

In re  Terrace Gate Realty, LLC ,
                Debtor

Case No. _____

Chapter  11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Yasar Tahmaz<br>5201 2nd Ave<br>Brooklyn, NY 11232 | | Sole Member of LLC |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31048

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                   Chapter 11
                                         Case No. _____
    Terrace Gate, LLC,

                      Debtor.

Fed. Tax ID. No. #20-8134355
------------------------------------------------------------x

## CERTIFICATE OF AUTHORITY TO FILE PETITION

      The undersigned, Yasar Tahmaz, declares under penalty of perjury that he is the Sole and Managing Member of **Terrace Gate Realty, LLC**, a New York Limited Liability Company ("the Limited Liability Company"), and certifies that a special meeting of its member(s) was held on October 26, 2009, and the following resolutions were adopted and recorded in the Minute Book of the Limited Liability Company, and they have not been modified or rescinded, and they are still in full force and effect:

      "**WHEREAS**, the Limited Liability Company has determined that business conditions and other circumstances have resulted in a current monthly operating shortfall in the Limited Liability Company's finances, and

      **WHEREAS**, the Limited Liability Company has determined that said conditions are not likely to improve in the short term, and

      **WHEREAS**, the Limited Liability Company is developing a business plan for revamping its operations to return to profitability, provided, however, that it obtain temporary relief from the pressures dealing with creditors on a daily and emergency basis, and

      **WHEREAS**, the Limited Liability Company desires to file for relief from its creditors pursuant to Chapter 11 of the United States Bankruptcy Code, and

      **WHEREAS**, the Limited Liability Company has determined that the law firm of Corash

and Hollender, P. C. has substantial experience in assisting companies in restructuring, and that said law firm is willing and able to assume responsibilities to represent the Limited Liability Company in said regard,

**IT IS THEREFORE,**

**RESOLVED**, that the Managing Member be and he hereby is individually authorized and directed to file on behalf of the Limited Liability Company, a petition under Chapter 11 of the United States Bankruptcy Code, and to take all steps necessary and proper for the filing of said petition including the retention of Corash & Hollender, P.C., 1200 South Avenue, Suite 201, Staten Island, New York, 10314 as attorney for that purpose."

**IN WITNESS WHEREOF**, I have subscribed my name to this document on October 26, 2009 in Staten Island, New York.

Terrace Gate Realty, LLC.
By: _____
Yasar Tahmaz, Sole and Managing Member

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In re  Terrace Gate Realty, LLC ,
         Debtor

Case No. _____

Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Total Electrical Distributors, Inc. 388 South Ave. Staten Island, NY 10303 | Lorraine Fama, Controller Total Electrical Distributors, Inc. 388 South Ave. Staten Island, NY 10303 718-273-9300 | Trade debt | | 30,053.77 Collateral FMV 0.00 |
| Helen Mardikos 3001 Richmond Terrace Staten Island, NY 10303 | Helen Mardikos 3001 Richmond Terrace Staten Island, NY 10303 718-981-4300 | | Disputed | 32,800.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  10-27-09

Signature _____
YASAR TAHMAZ,
Managing & Sole Member

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31048

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In Re:

    Terrace Gate Realty, LLC                  Case No.

                                                          Chapter 11

                       Debtor(s)

---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: October 27, 2009

                                          BY: TERRACE GATE REALTY LLC

                                          _____
                                          Debtor

                                          Managing Member
                                          Joint Debtor

                                          _____
                                          Attorney for Debtor

Flora Edwards, Esq.
61 Broadway
Suite 1105
New York, NY 10006

Helen Mardikos
3001 Richmond Terrace
Staten Island, NY 10303

Internal Revenue Service
11601 Roosevelt Blvd.
PO Box 21126
Philadelphia, PA 19114

Jack Guillet
3075 Richmond Terrace
Staten Island, NY 10303

John Vander Neut, Esq.
1855 Victory Blvd.
Staten Island, NY 10314

Kings Building Material, LLC
Att: Michael Solomon, CFO
703 3rd Ave.
Brooklyn, NY 11232

Manchester Metals
3075 Richmond Terrace
Staten Island, NY 10303

NYC Department of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs - Devora Cohn
Brooklyn, NY 11201-3719

NYS Department of Finance
Bankruptcy Unit TCD
Building 8, Room 455
W.A. Harriman Campus
Albany, NY 12201

Alex Jewelry Supply
3075 Richmond Terrace
Staten Island, NY 10301

Caribbean Transportation Line
3075 Richmond Terrace
Staten Island, NY 10303

City of New York
Enviornmental Control Board
66 John Street
New York, NY 10038

City of New York
Parking Violations Bureau
66 John St
New York, NY 10038

Cohen & Krassner
450 Seventh Avenue, Suite 1608
New York, NY 10123

Congatti & Ryan, LLP
Attorneys at Law
67 New Dorp Lane
Staten Island, NY 10306

Corporation Counsel,
City of New York
100 Church Street
New York, NY 10007

Department of the Treasury
18th Street and Pennsylvania Aves.
Washington, DC 20220

Deutsche Bank Trust Company Americas
60 Wall St.
New York, NY 10005

Rafferty & Redlisky
800 Westchester Avenue
Rye Brook, NY 10573


Richmond Industrial Center
c/o Mohamed Adam
3075 Richmond Terrace
Staten Island, NY 10303


Sandra Olin & Eugene Springer
c/o Jeffrey Tomei, Esq.
Tomei & Associates, PC
136 Bay Street
Staten Island, NY 10301


Shinhan Bank
330 Fifth Ave, 4th Floor
New York, NY 10001


State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271


Tahmaz Realty Corp.
5201 2nd Ave.
Brooklyn, NY 11212


Tomei & Associates, P.C.
Attys for Sandra Olin & Eugene Springer
136 Bay Street
Staten Island, NY 10301


Total Electrical Distributors, Inc.
388 South Ave.
Staten Island, NY 10303


Unison Site Management
340 Madison Ave
Suite 12F
New York, NY 10173

US Attorneys Office
147 Pierrepont Plaza
Brooklyn, NY 11201


William Mannion
Auctioneer
305 Broadway #200
New York, NY 10007


Yaser Tahmaz
5201 2nd Ave
Brooklyn, NY 11232